**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80472-CIV-CANNON/Reinhart**

**EMILY LEATHERMAN,**

Plaintiff,

v.

**AT&T INC. and**
**JOHN DOES 1-10,**

Defendants.

________________________________/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Reinhart on August 10, 2026 [ECF No. 7]. The Report, to which no objection has been filed, recommends dismissal of this case without prejudice due to Plaintiff's failure to pay the filing fee or file a compliant IFP motion [ECF No. 7 pp. 1–2]. Following review, the Report is **ACCEPTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

**RELEVANT BACKGROUND**

On March 3, 2026, Plaintiff filed a Complaint against AT&T Inc. and a series of fictitious parties, asserting that her communications were monitored resulting in emotional distress, among other things [ECF No. 1]. However, Plaintiff never paid the required filing fee to initiate this suit [ECF Nos. 1, 4, 7]. After denying without prejudice Plaintiff's Motion to Proceed *in forma pauperis*, Magistrate Judge Reinhart ordered Plaintiff to complete and file the long form financial affidavit he had attached to the denial Order [ECF No. 4]. He also warned Plaintiff that failure to comply with that Order—or to pay the filing fee—would result in dismissal of the case without

further notice [ECF No. 4 p. 1]. Plaintiff never complied, so Magistrate Judge Reinhart issued the instant Report [ECF No. 7]. The Report recommends dismissal of Plaintiff's Complaint without prejudice for failure to prosecute and comply with court orders [ECF No. 7 p. 2]. *See also Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (holding that a district court may *sua sponte* dismiss a case for lack of prosecution). No party has filed objections to the Report, the time to do so has expired, and to this day, Plaintiff still has failed to pay the filing fee or to move for *in forma pauperis* status.

## LEGAL STANDARDS

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

## CONCLUSION

The Court finds the well-reasoned Report to contain no clear error of fact or law. Thus, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 7] is **ACCEPTED**.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. *See Betty K Agencies*, 432 F.3d at 1337.

3. No further repleading in this action is warranted, although Plaintiff may initiate a new action as permitted by law.

4. **The Clerk is directed to MAIL a copy of this Order to Plaintiff at the address listed below and file a Notice of Compliance on the docket**.

5. The Clerk is directed to **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of August 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: **Emily Diane Leatherman**
7800 S. Dixie Hwy
West Palm Beach, Florida 33405
**PRO SE**